UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

       Plaintiff,                          Case No. 1:14-cv-00268-RJJ

v.

JOHN DOE,

       Defendant.
_____/

## CLERK'S NOTICE

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Paul J. Nicoletti

RE:  Memorandum in Support of a Motion – #3 **[Exhibit B – Declaration of Patrick Paige]**

REASON FOR NOTICE:   The document does not contain the required manuscript signature(s).

RECOMMENDED ACTION:  Local Civil Rule 5.7(d)(iii) requires certain documents bear a scanned image of all original manuscript signatures. A corrected document with a manuscript signature should be electronically filed. Reference CORRECTED both in the heading of the document as well as the docket text of the entry, if available.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290-2742 or (616) 456-2206.

                                        TRACEY CORDES
                                        CLERK OF COURT

Dated:  March 14, 2014        By:  /s/ B. Dowdle_____
                                            Deputy Clerk